IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS ROY REEVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 12-00006-KD-N ) |
| VETERANS ADMINISTRATION, | ) ) |
| Defendant. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 22, 2012, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that defendant's motion to dismiss  (doc. 5) be and are hereby **GRANTED**.[1]

**DONE** this 6th day of  June, 2012.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] According to Local Rule 7.3 of the Southern District of Alabama, "[a]ny party may request oral argument on any motion.  However, the court may in its discretion rule on any motion without oral argument."   Reeves requests oral argument on the defendant's motion to dismiss.  However, the parties have provided sufficient information for the Court to decide the motion to dismiss and therefore oral argument is not necessary.