IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS ROY REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 12-00006-KD-N |
| | ) |
| VETERANS ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Order entered this day, it is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** for lack of subject matter jurisdiction.

**DONE** this 6th day of June, 2012.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE